UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 24-03172-JMC-11 |
| Lance Lewis Rhoades ) | Chapter 11 |
| ) | |
| Debtor. ) | |

### NOTICE OF MOTION AND OPPORTUNITY TO OBJECT TO APPLICATION TO EMPLOY DENTONS BINGHAM GREENEBAUM LLP AS DEBTOR'S COUNSEL

An *Application to Employ Dentons Bingham Greenebaum LLP as Debtor's Counsel* (the "Employment Application") was filed on July 8, 2024.

**NOTICE IS GIVEN** that your rights may be affected. You should read these documents carefully and discuss them with your attorney. If you do not have an attorney, you may want to consult one.

**A description of the services to be provided by Dentons Bingham Greenebaum LLP (the "Firm"), the proposed compensation, and proposed compensation procedures, as well as important notices regarding action you may take to preserve your rights, are set forth below:**

1. In connection with the filing of this Chapter 11 bankruptcy case, Debtor will require and has requested legal advice and services, including but not limited to the following:

   a) Preparation of filings and applications and conducting examinations necessary to the administration of this matter;

   b) Advice regarding Debtor's rights, duties, and obligations as a debtor-in-possession;

   c) Performance of legal services associated with and necessary to the day-to-day operations of the Debtor's commercial and business activities, including, but not limited to, institution and prosecution of necessary legal proceedings, loan restructuring, and general business and corporate legal advice and assistance, all of which are necessary to the proper preservation and administration of the estate;

   d) Negotiation, preparation, confirmation, and consummation of a plan of reorganization; and

   e) Taking any and all other necessary action incident to the proper preservation and administration of the estate in the conduct of Debtor's commercial and business activities.

2. Prior to commencement of this case, the Firm was engaged to represent the Debtor in efforts to restructure its obligations and emerge successfully from this Chapter 11 case. In connection with that engagement, the Debtor provided the Firm with a prepetition retainer in the

amount of $7000, which was placed in the Firm's trust account. Prior to filing the petition, the Firm applied the retainer to its prepetition fees and expenses. The remaining balance of any prepetition retainer is held in trust for the payment of post-petition services subject to approval of the Bankruptcy Court.

    3.       The hourly rates charged by the Firm's attorneys are as follows:

| | |
|---|---|
| Thomas Scherer | $400.00 |
| Whtiney Mosby | $400.00 |

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to enter an order on the Employment Application or you want the Court to consider your views, an objection, explaining your position, must be filed with the Court by **July 29, 2024** electronically or at the following address:

UNITED STATES BANKRUPTCY COURT
Southern District of Indiana
46 E Ohio St Rm 116
Indianapolis, IN 46204

A copy must also be sent to the party or party's attorney requesting relief at the following address:

Thomas C. Scherer
Dentons Bingham Greenebaum LLP
10 West Market Street, #2700
Indianapolis, IN 46204

If you mail your objection, it must be mailed early enough so that the Court receives it on or before **July 29, 2024**. Objections must comply with S.D. Ind. B-9013-1(d).

If these steps are not taken, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.

Any referenced document can be found at www.pacer.insb.uscourts.gov or may be requested from the filing party.

Dated: July 8, 2024                                      Respectfully submitted,

                                                                              */s/ Thomas C. Scherer*
                                                                              Thomas C. Scherer
                                                                              Dentons Bingham Greenebaum LLP
                                                                              2700 Market Tower
                                                                              10 West Market Street
                                                                              Indianapolis, Indiana 46204
                                                                              Telephone: (317) 635-8900
                                                                              Facsimile: (317) 236-9907
                                                                              E-mail: Thomas.Scherer@dentons.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of July, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

U.S. Trustee
ustpregion10.in.ecf@usdoj.gov

Deborah J. Caruso
trusteecaruso@rubin-levin.net

Matthew Miller
matthew.miller@usdoj.gov

I further certify that on the 8th day of July, 2024, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following parties:

**See Attached**

                /s/ *Thomas C. Scherer*
                Thomas C. Scherer

Label Matrix for local noticing
0756-1
Case 24-03172-JMC-11
Southern District of Indiana
Indianapolis
Mon Jul  8 15:00:26 EDT 2024

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0001

Kayla D. Britton
Taft Stettinius & Hollister LLP
1 Indiana Sq.
Suite 3500
Indianapolis, IN 46204-2023

Deborah J. Caruso
Office of Deborah J. Caruso
135 N. Pennsylvania St, Suite 1400
Indianapolis, IN 46204-2489

Celtic Bank Corporation
268 S. State Street, Suite 300
Salt Lake City UT 84111-5314

Centerstone Realty Group, Inc.
3926 Clarks Creek Road
Plainfield IN 46168-1947

(p)CHANNEL PARTNERS CAPITAL  LLC
ATTN JEFF LOTHERT
1111 E COLLEGE DRIVE SUITE 200
MARSHALL MN 56258-1979

Copper Mountain Beverage Inc.
PO Box 717
Plainfield IN 46168-0717

Dentons Bingham Greenebaum
2700 Market Tower
10 West Market Street
Indianapolis IN 46204-2982

Forward Financing
53 State Street, Suite 20
Boston MA 02109-2820

GJS Brewing Inc.
PO Box 717
Plainfield IN 46168-0717

(p)HEADWAY CAPITAL
175 W JACKSON BLVD SUITE 1000
CHICAGO IL 60604-2863

Hendricks County Bank & Trust
1649 E. Main Street
Plainfield IN 46168-1811

Illing Company
c/o Kayla D. Britton
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204-2023

Illing Company
W204N13125 Golden Dale Road
Madison WI 53706

Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Legend Advanced Funding II
800 Brickell Ave
Suite 902
Miami FL 33131-2966

Matthew Miller
DOJ-Ust
Birch Bayh Federal Building and U.S. Cou
46 E. Ohio St.
Room 520
Indianapolis, IN 46204-1903

NorthStar Leasing
747 Pine Street
Burlington VT 05401-5163

PBC Properties
PO Box 302
Plainfield IN 46168-0302

Lance Lewis Rhoades
325 Hanley Street
Plainfield, IN 46168-1633

Rhoades Properties, Inc.
PO Box 867
Plainfield IN 46168-0867

Thomas C Scherer
Dentons Bingham Greenebaum LLP
2700 Market Tower
10 W. Market Street
Indianapolis, IN 46204-4900

Small Business Administration
409 3rd Street
Washington DC 20416-0002

U.S. Attorney's Office
Civil Process Clerk
10 W Market St Ste 2100
Indianapolis, IN 46204-3048

U.S. Attorney's Office
10 W Market St Ste 2100
Indianapolis IN 46204-1986

U.S. Trustee
Office of U.S. Trustee
46 E Ohio Street, Room 520
Indianapolis, IN 46204-1907

Bluevine Inc.
c/o Weinstein & Riely, P.S.
1415 Western Ave.
Suite 700
Seattle, WA  98101

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Channel Partners
11100 Wayzata Blvd. #305
Minnetonka MN 55305

Headway Capital
175 W. Jackson Boulevard, Suite 1000
Chicago IL 60604

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)TJ Rhoades
1330 NE 68th Street
WA 98150

End of Label Matrix
Mailable recipients    27
Bypassed recipients     1
Total                  28